JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 27 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY M. SARMIENTO,<br>Petitioner,<br>v.<br>W.L. MONTGOMERY, Warden,<br>Respondent. | No. CV 15-2002-RGK (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: 10/26/15

_____
R. GARY KLAUSNER
United States District Judge